UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20345-WILLIAMS(s)

UNITED STATES OF AMERICA

vs.

KENNETH STABLER,
    a/k/a "Richard White,"

       Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Kenneth Stabler (the "Defendant") agree that had this case gone to trial, the government would have proven the following facts beyond a reasonable doubt:

On April 12, 2018, at approximately 2:02 p.m., the Defendant entered Bank of America located at 1313 Northwest 36th Street, Miami, Florida. Bank of America's deposits are insured by the Federal Deposit Insurance Corporation "FDIC." The Defendant approached the victim bank teller and handed her a note that said "robbery." The Defendant also told the teller that it was a robbery and gestured towards his waistband indicating that he was armed. Fearing for her life, the teller handed the Defendant $7,630 in U.S. Currency. The Defendant stuffed the money down his shirt, took the demand note, and fled the bank. The Bank of America surveillance system captured the robbery. Stills from the surveillance video were obtained and released to local news outlets.

At the time of the robbery, the Defendant was serving an 18-month imprisonment sentence that was imposed on May 19, 2017, for a supervised release violation arising out of Criminal Case Number 91-CR-00864-Bloom. The underlying conviction was bank robbery. The Defendant was expected to be released from his sentence on June 29, 2018. On February 22, 2018, the Defendant

was transferred from a Federal Correctional Institution in Talladega, Alabama, to a Residential Reentry Center in Miami, Florida, a facility at which the Defendant remained in the custody of the Attorney General, Federal Bureau of Prisons ("BOP"). Upon arriving at the facility, the Defendant signed a form acknowledging that, while at the Residential Reentry Center, he remains in the custody of the Attorney General, BOP and is still subject to all BOP prohibited acts.

On April 12, 2018, the Defendant left the Residential Reentry Center after the 11:45 a.m. inmate count and never returned. As a result, the Defendant was placed on "escape status."

On May 18, 2018, at approximately 9:27 a.m., the Defendant entered Bank of America located at 9101 South Dixie Highway, Pinecrest, Florida. Bank of America's deposits are insured by the "FDIC." Upon entering the bank, the Defendant approached a bank teller and handed her a demand note that stated, "ROBBERY. 20s, 50s, 100s. Don't try Tracers." The bank teller handed the Defendant approximately $2,365 in U.S. currency and the Defendant fled the bank on foot. The robbery was captured on surveillance video.

The bank security guard took a photograph of the Defendant fleeing the bank and called law enforcement. The security guard showed the photograph of the Defendant to the responding officers and the Defendant was located and detained shortly thereafter. During a search of the Defendant incident to arrest, law enforcement found approximately $2,367.96 in U.S. currency and a demand note that said "ROBBERY. 20's, 50's, 100. No Tracers" in the Defendant's pants pocket. During a post-*Miranda* interview, the Defendant admitted to committing the four bank robberies in Miami and one bank robbery in Dallas while on escapee status. The Defendant was shown surveillance still photographs from the bank robberies and the Defendant signed each photo

identifying himself as the person who robbed the banks and as the person who appears in the surveillance stills.

|  |  |
|---|---|
| Date: 8/24/18 | BENJAMIN G. GREENBERG<br>UNITED STATES ATTORNEY<br><br>By: _____<br>JESSICA KAHN OBENAUF<br>ASSISTANT UNITED STATES ATTORNEY |
| Date: 8/24/18 | By: _____<br>CHRISTIAN DUNHAM<br>ATTORNEY FOR THE DEFENDANT |
| Date: 8/24/18 | By: _____<br>KENNETH STABLER<br>DEFENDANT |

3